IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00963-EWN-MEH

DARRYL MARTIN,

    Plaintiff,

v.

JASON ZWIRN, Hearing Officer; and
WARDEN MR. MILYARD, both employees at Sterling Correctional Facility and in their individual capacities,

    Defendants.

## RECOMMENDATION ON PENDING MOTIONS TO DISMISS

Plaintiff filed this action seeking relief on the basis that he was denied due process at a disciplinary hearing. Defendants filed a Motion to Dismiss arguing that Plaintiff can prove no set of facts in support of his claim that would entitle him to relief. In response, Plaintiff has filed a Motion to Dismiss without Prejudice, requesting the Court to dismiss his case so that he may pursue an appeal of the disciplinary proceedings in state court and first exhaust his remedies there. Plaintiff also requests the Court to send a copy of his Complaint to him.

At the status conference held September 14, 2007, Plaintiff indicated his intent to file this motion, and Defendants' counsel stated on the record that she did not oppose the dismissal of this case without prejudice. Moreover, because Defendants have not yet filed an Answer to the Complaint, Plaintiff may voluntarily dismiss his case pursuant to Fed. R. Civ. P. 41(a).

Accordingly, for the reasons stated above, the Court RECOMMENDS that Defendants' Motion to Dismiss [Filed September 12, 2007; Docket #18] be **denied without prejudice as moot** and that Plaintiff's Motion to Dismiss Without Prejudice [Filed September 24, 2007; Docket #22] be

**granted**.

It is also ORDERED that the Clerk of the Court shall mail a copy of Plaintiff's Second Amended Complaint [Docket #5] to him with this Recommendation.

Under Fed. R. Civ. P 72, the parties shall have ten (10) days after service of this Recommendation to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this case is assigned.[1]

Dated at Denver, Colorado this 25th day of September, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] The party filing objections must specifically identify those findings or recommendations to which the objections are being made. The District Court need not consider frivolous, conclusive, or general objections. A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a *de novo* determination by the District Judge of the proposed findings and recommendations. *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1). Additionally, the failure to file written objections to the proposed findings and recommendations within ten (10) days after being served with a copy of this Recommendation may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).