IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–00963–EWN–MEH

DARRYL MARTIN,

    Plaintiff,

v.

JASON ZWIRN, Hearing Officer, and
WARDEN MR. MILYARD, both employees
at Sterling Correctional Facility and in their
individual capacities,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on Pending Motions to Dismiss" filed September 25, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Defendants' Motion to Dismiss (#18) is DENIED without prejudice as moot.

    3. Plaintiff's Motion to Dismiss Without Prejudice (#22) is GRANTED.

DATED this 9th day of November, 2007.

                              BY THE COURT:

                              s/ Edward W. Nottingham
                              EDWARD W. NOTTINGHAM
                              Chief United States District Judge